AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MICHAEL R. SHAHWAN,<br><br>*Plaintiff(s)*<br>v.<br><br>VOSS & KLEIN, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>*Defendant(s)* | Civil Action No. 9:20-cv-80863-XXXX |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   VOSS & KLEIN, LLC
c/o REGISTERED AGENT
R. MUCCIACCIO
49 N. Federal Hwy, #316
Pompano Beach, FL 33060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 29, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

# VERIFIED RETURN OF SERVICE

Job # 2020004056

**Client Info:**

Alexander J. Taylor
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

**Case Info:**

**PLAINTIFF:**
MICHAEL R. SHAHWAN
-versus-
**DEFENDANT:**
VOSS & KLEIN, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC

DISTRICT COURT

Court Case # **9:20-CV-80863-XXXX**

**Service Info:**

Date Received by Accurate Serve: 6/9/2020 at 12:47 PM
Service: I Served **VOSS & KLEIN, LLC c/o REGISTERED AGENT R. MUCCIACCIO**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **Chris H, MANAGER**

At Business 49 N. FEDERAL HWY #316 POMPANO BEACH, FL 33060

Latitude: **26.232986**
Longitude: **-80.103072**

On **6/12/2020** at **09:10 AM**
Manner of Service: **PRIVATE MAIL BOX - EXECUTIVE / VIRTUAL OFFICE**
48.031(6) If the only address for a person to be served which is discoverable through public records is a private mailbox, a virtual office, or an executive office or mini suite, substitute service may be made by leaving a copy of the process with the person in charge of the private mailbox, virtual office, or executive office or mini suite, but only if the process server determines that the person to be served maintains a mailbox, a virtual office, or an executive office or mini suite at that location. 48.081(b) For purposes of this subsection, the term virtual office means an office that provides communications services, such as telephone or facsimile services, and address services without providing dedicated office space, and where all communications are routed through a common receptionist. The term executive office or mini suite means an office that provides communications services, such as telephone and facsimile services, a dedicated office space, and other supportive services, and where all communications are routed through a common receptionist.

I **Mikhael Goldgisser** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Mike Goldgisser* (signature)

**Mikhael Goldgisser**
Lic # 1556

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 770-9997

Our Job # **2020004056**




1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MICHAEL R. SHAHWAN,

*Plaintiff(s)*

v.   Civil Action No. 9:20-cv-80863-XXXX

VOSS & KLEIN, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VOSS & KLEIN, LLC
c/o REGISTERED AGENT
R. MUCCIACCIO
5510 LAKESIDE DR.
#107
MARGATE, FL 33063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Alexander J. Taylor
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 29, 2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts

*[Watermark across page: "NON SERVE"]*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  9:20-cv-80863-XXXX

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Michael Shahwan v Voss & Klein, LLC

was received by me on *(date)*  06/05/2020  .

☐ I personally served the summons on the individual at *(place)*  5510 Lakeside Drive, #107, Margate, FL 33063
on *(date)*              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☑ I returned the summons unexecuted because  SEE BELOW  ; or

☐ Other *(specify)*:  This address is residential. The complex is a gated community that server could not gain access. No buzzers at gate. R. Mucciaccio, RA's name did not appear on the residents directory.  THIS IS A NON-SERVE.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  06/12/2020

*Server's signature*

Glenn David - Process Server
*Printed name and title*

R.O.S. Consulting, Inc
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc: